# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LASALLE DEVELOPMENT CORPORATION | § | Case No. 04-44458 ABG |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

### CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 02/19/2010 in Courtroom B,

United States Courthouse
Park City Branch Court
301 Greenleaf Ave.,  Park City, IL 60085

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

In re:                                          §
                                                §
LASALLE DEVELOPMENT                             §        Case No. 04-44458 ABG
CORPORATION                                     §
                                                §
                 Debtor(s)                      §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 504,564.73 |
| *and approved disbursements of* | $ | 102,505.09 |
| *leaving a balance on hand of*[1] | $ | 402,059.64 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | | *Expenses* | |
|---|---|---|---|---|
| *Trustee: JOSEPH E. COHEN* | $ | 28,478.24 | $ | 0.00 |
| *Attorney for trustee: COHEN & KROL* | $ | 4,345.25 | $ | 15.86 |
| *Appraiser:* | $ | | $ | |
| *Auctioneer:* | $ | | $ | |
| *Accountant: NORMAN KELLERMAN* | $ | 8,287.00 | $ | 0.00 |
| *Special Attorney for trustee:* | $ | | $ | |
| *Charges:* | $ | | $ | |
| *Fees:* | $ | | $ | |
| *Other:* | $ | | $ | |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 129,200.00  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Ronald D. Kuback, CPA | $          84,800.00 | $          84,800.00 |
| 000006 | EAN Corporation | $          44,400.00 | $          44,400.00 |
| | | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 231,733.29 .

Prepared By: /s/JOSEPH E. COHEN_____
TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: rgreen          Page 1 of 1          Date Rcvd: Feb 02, 2010
Case: 04-44458               Form ID: pdf006        Total Noticed: 16

The following entities were noticed by first class mail on Feb 04, 2010.
db          +LaSalle Development Corporation,   1120 Erica Dr.,   Wauconda, IL 60084-1492
aty         +Joseph E Cohen, Atty,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
aty         +Michael L Sherman,   Sherman & Sherman,   120 South La Salle St Ste 1460,
             Chicago, IL 60603-3575
tr          +Joseph E Cohen,  Tr.,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
10647872    +Allen Pickus,   1220 Grand Ave,   Waukegan, IL 60085-3716
10647874    +Daniel K Kubacki,   1120 Erica Drive,   Wauconda, IL 60084-1492
10647875    +EAN Corporation,   1220 Grand Ave,   Waukegan, IL 60085-3716
10647876    +Edward Pickus,   1220 Grand Ave,   Waukegan, IL 60085-3716
8743782     +Fifth Third Bank,   486 Liberty Street,   Wauconda, IL 60084-2466
10647877    +JMJ Construction Co,   c/o John Fosberg,   1570 Rudd Court,   Libertyville, IL 60048-4260
11778439    +JMJ Construction Co.,   c/o Magee, Negele & Assoc.,   444 North Cedar Lake Road,
             Round Lake, IL 60073-2802
10647878    +Mary M Anderson,   1569 Gamon Road,   Wheaton, IL 60189-7405
14948292    +Mr. Lewis Draper,   c/o Michael L. Sherman,   120 S. LaSalle Street, Suite 1460,
             Chicago, Illinois 60603-3575
10647879    +Nathan Pickus,   1220 Grand Ave,   Waukegan, IL 60085-3716
10741322    +Ronald D. Kuback, CPA,   1120 Erica Drive,   Wauconda, IL 60084-1492
10647880    +Stanley D Kubacki,   1120 Erica Drive,   Wauconda, IL 60084-1492

The following entities were noticed by electronic transmission.
NONE.                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10647873*   +Allen Pickus,   1220 Grand Ave,   Waukegan, IL 60085-3716
                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 04, 2010**                    **Signature:**   *Joseph Speetjens*