UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LASALLE DEVELOPMENT CORPORATION | § | Case No. 04-44458 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $               (see **Exhibit 1**), minus funds paid to the debtor and third parties of $               (see **Exhibit 2**), yielded net receipts of $               from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/JOSEPH E. COHEN_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Lewis Draper & Michael Sherman |  |  |  |
| LEWIS DRAPER |  |  |  |
| MICHAEL SHERMAN |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| FINANCIAL AGENT | | | | | |
| FINANCIAL AGENT | | | | | |
| UNITED STATES TREASURY | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| COHEN & KROL | | | | | |
| NORMAN KELLERMAN | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Allen Pickus 1220 Grand Ave. Waukegan, IL 60085 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Daniel K. Kubacki 1120 Erica Drive Wauconda, IL 60084 | | | | | |
| Edward Pickus 1220 Grand Ave. Waukegan, IL 60085 | | | | | |
| JMJ Construction Co. c/o John Fosberg 1570 Rudd Court Libertyville, IL 60048 | | | | | |
| Mary M. Anderson 1569 Gamon Road Wheaton, IL 60187 | | | | | |
| Nathan Pickus 1220 Grand Ave. Waukegan, IL 60085 | | | | | |
| Stanley D. Kubacki 1120 Erica Drive Wauconda, IL 60084 | | | | | |
| EAN CORPORATION | | | | | |
| JAMES T. MAGEE AS ESCROWEE FOR EAN | | | | | |
| JAMES T. MAGEE,AS ESCROWEE FOR EAN | | | | | |
| RONALD D. KUBACK, CPA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 04-44458 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | LASALLE DEVELOPMENT CORPORATION | Date Filed (f) or Converted (c): | 12/02/04 (f) |
| | | 341(a) Meeting Date: | 01/27/05 |
| For Period Ending: 12/14/10 | | Claims Bar Date: | 11/30/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. PARTNERSHIP INTEREST IN FOX RIVER SHORE JOINT VENT (u) | 0.00 | 0.00 | | 495,900.00 | FA |
| 2. 40% INTEREST IN GATEWAY CENTER GROUP (u) | Unknown | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 8,700.97 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $0.00 | $0.00 | | $504,600.97 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THIS IS A PRO SE CASE. DEBTOR HAS NOT FILED SCHEDULES. TRUSTEE TO FILE SCHEDULES AND CONDUCT A FIRST MEETING. TRUSTEE
HAS RECEIVED AN OFFEWR TO SELL CERTAIN REAL ESTATE AND PARTNERSHIP INTERESTS. TRUSTEE HAS FILED A MOTION TO SELL HIS
RIGHT, TITLE AND INTEREST WHICH HAS BEEN GRANTED. TRUSTEE TO REVIEW CLAIMS AND EMPLOY AN ACCOUNTANT TO PREPARE TAX
RETURNS. TRUSTEE IS TRYING TO LOCATE PRIOR YEAR TAX RETURNS SO ACCOUNTANT CAN PREPARE ESTATE TAX RETURNS. TRUSTEE
WORKING WITH SHAREHOLDER OF DEBTOR TO OBTAIN TAX INFORMATION. TAX RETURNS BEING PREPARED. TRUSTEE REVIEWING CLAIMS AND
WILL THEN PREPARE FINAL REPORT. TRUSTEE HAS BEEN CONTACTED BY SHAREHOLDER WHO IS GIVING INFORMATION TO TRUSTEE
REGARDING VALIDITY OF CLAIMS. TRUSTEE TO FILE OBJECTIONS TO VARIOUS PROOFS OF CLAIM. CLAIM OBJECTIONS HAVE BEEN
RESOLVED AND TRUSTEE IS PREPARING HIS FINAL REPORT.

Initial Projected Date of Final Report (TFR): 03/31/06      Current Projected Date of Final Report (TFR): 02/28/10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit 9

| Case No: | 04-44458 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | LASALLE DEVELOPMENT CORPORATION | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6456 BofA - Money Market Account |
| Taxpayer ID No: | *******7620 | | | |
| For Period Ending: | 12/14/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/25/06 | 1 | CHICAGO TITLE AND TRUST C0. | Sale of partnership interest | 1129-000 | 495,900.00 | | 495,900.00 |
| | | | Proceeds from sale of real estate | | | | |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 26.36 | | 495,926.36 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 407.61 | | 496,333.97 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 421.54 | | 496,755.51 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 421.90 | | 497,177.41 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 408.64 | | 497,586.05 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 422.61 | | 498,008.66 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 409.32 | | 498,417.98 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 423.31 | | 498,841.29 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 423.67 | | 499,264.96 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 383.00 | | 499,647.96 |
| 03/01/07 | 000301 | International Sureties, Ltd. | Bond premium | 2300-000 | | 402.27 | 499,245.69 |
| | | Suite 500 | | | | | |
| | | 203 Carondelet St. | | | | | |
| | | New Orleans, LA 70130 | | | | | |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 424.35 | | 499,670.04 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 410.73 | | 500,080.77 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 424.73 | | 500,505.50 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 411.37 | | 500,916.87 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 425.44 | | 501,342.31 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 425.80 | | 501,768.11 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 319.62 | | 502,087.73 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 319.82 | | 502,407.55 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 268.41 | | 502,675.96 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 240.32 | | 502,916.28 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 199.26 | | 503,115.54 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 119.59 | | 503,235.13 |
| 03/25/08 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 443.92 | 502,791.21 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 118.92 | | 502,910.13 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 04-44458 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | LASALLE DEVELOPMENT CORPORATION | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6456 BofA - Money Market Account |
| Taxpayer ID No: | *******7620 | | | |
| For Period Ending: | 12/14/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 103.06 | | 503,013.19 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 63.91 | | 503,077.10 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 61.86 | | 503,138.96 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 63.92 | | 503,202.88 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 63.93 | | 503,266.81 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 61.88 | | 503,328.69 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 48.82 | | 503,377.51 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 41.26 | | 503,418.77 |
| 12/23/08 | 000303 | Financial Agent | Income tax | 2810-000 | | 633.00 | 502,785.77 |
| | | | Income tax | | | | |
| 12/23/08 | 000304 | Financial Agent | Income tax | 2810-000 | | 441.00 | 502,344.77 |
| | | | Income tax | | | | |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 29.16 | | 502,373.93 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 12.80 | | 502,386.73 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 11.56 | | 502,398.29 |
| 02/28/09 | 000305 | International Sureties, Ltd. | Bond premium | 2300-000 | | 412.37 | 501,985.92 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/28/09 | 000306 | UNITED STATES TREASURY | Income tax | 2810-000 | | 172.53 | 501,813.39 |
| | | | Income tax | | | | |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 12.79 | | 501,826.18 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 28.87 | | 501,855.05 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 29.83 | | 501,884.88 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 28.88 | | 501,913.76 |
| * 07/16/09 | 000307 | Leis F. Draper & Michael L. Sherman | Surplus to Debtor | 8200-003 | | 100,000.00 | 401,913.76 |
| | | | Surplus to Debtor | | | | |
| * 07/16/09 | 000307 | Leis F. Draper & Michael L. Sherman | Surplus to Debtor | 8200-003 | | -100,000.00 | 501,913.76 |
| 07/16/09 | 000308 | Lewis Draper & Michael Sherman | Surplus to Debtor | 8200-002 | | 100,000.00 | 401,913.76 |
| | | | Surplus to Debtor | | | | |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 27.92 | | 401,941.68 |

LFORM2T4  UST Form 101-7-TDR (9/1/2009) (Page: 9)

Ver: 15.20

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 04-44458 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | LASALLE DEVELOPMENT CORPORATION | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6456  BofA - Money Market Account |
| Taxpayer ID No: | *******7620 | | | |
| For Period Ending: | 12/14/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 23.90 | | 401,965.58 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 23.13 | | 401,988.71 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 23.90 | | 402,012.61 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 23.13 | | 402,035.74 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 23.90 | | 402,059.64 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.070 | 1270-000 | 23.90 | | 402,083.54 |
| 02/17/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 12.34 | | 402,095.88 |
| 02/17/10 | | Transfer to Acct #*******1134 | Final Posting Transfer | 9999-000 | | 402,095.88 | 0.00 |

| | Account *******6456 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 1 | Deposits | | 495,900.00 | 9 | Checks | 102,505.09 |
| 46 | Interest Postings | | 8,700.97 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 402,095.88 |
| | Subtotal | $ | 504,600.97 | | | |
| | | | | | Total | $ 504,600.97 |
| 0 | Adjustments In | | 0.00 | | | |
| 0 | Transfers In | | 0.00 | | | |
| | Total | $ | 504,600.97 | | | |

FORM 2     Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 04-44458 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | LASALLE DEVELOPMENT CORPORATION | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1134  BofA - Checking Account |
| Taxpayer ID No: | *******7620 | | |
| For Period Ending: | 12/14/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Date | Check | Paid To / Received From | Description | Code | Deposits | Disbursements | Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/17/10 | | Transfer from Acct #*******6456 | Transfer In From MMA Account | 9999-000 | 402,095.88 | | 402,095.88 |
| 02/25/10 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 28,478.24 | 373,617.64 |
| 02/25/10 | 003002 | COHEN & KROL | Attorney for Trustee fees | | | 2,912.69 | 370,704.95 |
| | | | Fees                 2,896.83 | 3110-000 | | | 370,704.95 |
| | | | Expenses                15.86 | 3120-000 | | | 370,704.95 |
| 02/25/10 | 003003 | NORMAN KELLERMAN | Accountant  for Trustee fees | 3410-000 | | 8,287.00 | 362,417.95 |
| | | | Accountant for Trustee fees | | | | |
| 02/25/10 | 003004 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 1,448.42 | 360,969.53 |
| 02/25/10 | 003005 | Ronald D. Kuback, CPA<br>1120 Erica Drive<br>Wauconda, IL 60084 | Claim 000001, Payment 100.00000% | 7100-000 | | 84,800.00 | 276,169.53 |
| * 02/25/10 | 003006 | EAN Corporation<br>1220 Grand Ave<br>Waukegan, IL 60085 | Claim 000006, Payment 100.00000%<br>(6-1) Cause of Action | 7100-003 | | 44,400.00 | 231,769.53 |
| 02/25/10 | 003007 | MICHAEL SHERMAN | Equity Security Holder<br>Check iised to Michael Sherman per Lewis Draper | 8200-052 | | 23,176.95 | 208,592.58 |
| 02/25/10 | 003008 | LEWIS DRAPER | Claim 000007, Payment 67.59481% | 8200-002 | | 208,592.58 | 0.00 |
| * 03/10/10 | 003006 | EAN Corporation<br>1220 Grand Ave<br>Waukegan, IL 60085 | Claim 000006, Payment 100.00000% | 7100-003 | | -44,400.00 | 44,400.00 |
| 03/10/10 | 003009 | James T. Magee,as Escrowee for EAN Corp. | Replaces check for EAN Corporation | 7100-000 | | 44,000.00 | 400.00 |
| 08/11/10 | 003010 | JAMES T. MAGEE AS ESCROWEE FOR EAN CORP. | | 7100-000 | | 400.00 | 0.00 |

LFORM2T4    UST Form 101-7-TDR (9/1/2009) *(Page: 11)*     Ver: 15.20

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 04-44458 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | LASALLE DEVELOPMENT CORPORATION | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1134 BofA - Checking Account |
| Taxpayer ID No: | *******7620 | | |
| For Period Ending: | 12/14/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******1134
| | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 0 Deposits | 0.00 | 11 Checks | 402,095.88 |
| 0 Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| | | 0 Transfers Out | 0.00 |
| Subtotal | $ 0.00 | | |
| | | Total | $ 402,095.88 |
| 0 Adjustments In | 0.00 | | |
| 1 Transfers In | 402,095.88 | | |
| Total | $ 402,095.88 | | |

Report Totals
| | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 1 Deposits | 495,900.00 | 22 Checks | 504,600.97 |
| 46 Interest Postings | 8,700.97 | 0 Adjustments Out | 0.00 |
| | | 1 Transfers Out | 402,095.88 |
| Subtotal | $ 504,600.97 | | |
| | | Total | $ 906,696.85 |
| 0 Adjustments In | 0.00 | | |
| 1 Transfers In | 402,095.88 | | |
| Total | $ 906,696.85 | Net Total Balance | $ 0.00 |

LFORM2T4 UST Form 101-7-TDR (9/1/2009) *(Page: 12)*

Ver: 15.20